## WILLIAMS *v.* STATE.

[83 South. 337, In Banc. No. 20676.]

This case was first reported in 82 So. 318, and affirmed. On suggestion of error the case was reversed and the court adopted the dissenting opinion of Judge Holden.

APPEAL from the circuit court of Washington county. HON. H. H. ELMORE, Judge.

On suggestion of error, suggestion sustained and cause reversed and remanded. For former opinion see 82 So. 318, 120 Miss. 604.

28.   121—Miss.

*A. H. Turnage,* for appellant.

*Ross A. Collins,* Attorney-General, for the State.

COOK, J., delivered the opinion of the court.

A re-examination of the law of this case has convinced me that I was in error when I voted to affirm the judgment of the trial court, sentencing appellant to death.  It is now my opinion that the facts did not warrant a conviction of murder.  Section 1237, Code of 1906, was designed to meet just such cases as is made by the record before us.

It follows that I concur in the opinion written by Judge HOLDEN (82 So. 318).  Nothing I could say would add anything to his thorough and able discussion of the law and facts.

The judgment of the trial court will be reversed, and the cause remanded for a retrial in accordance with the principles announced in the aforementioned opinion.

*Reversed and remanded.*

ETHRIDGE, HOLDEN, and STEVENS, JJ., concurring.

SYKES and SMITH, JJ., dissenting.